1042

No. 76–678. SHELL OIL CO. v. DARTT, ante, p. 99. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 76–6913. KINSLEY v. BRENT, DBA SAFEWAY FINANCE CO., INC., ET AL., ante, p. 850. Motion for leave to file petition for rehearing denied.

No. 77–571. MOODY v. TEXAS, ante, p. 985. Motion for consolidation and petition for rehearing denied.

JANUARY 23, 1978

No. 77–525. SPICER v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, DBA MEDICAL COLLEGE ET AL., ET AL. Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–658. ASARCO, INC. (FORMERLY AMERICAN SMELTING & REFINING CO.) v. MONTANA DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Mont. dismissed for want of jurisdiction.

No. 77–725. PEACOCK v. NORTH CAROLINA. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.

No. 77–757. FISHER v. OMAHA INDEMNITY CO. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.